UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| JILL SPRING, individually, | ) |
| Plaintiff, | ) ) ) ) Case No. 0:18-cv-62419-WPD |
| v. | ) ) **JURY TRIAL DEMANDED** |
| KFF ARBITRATION, LLC, a New York limited liability company; LAW FIRM OF KARL FRANKOVITCH, LLC, a New York professional limited liability company; and KARL FRANKOVITCH, individually, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR ENTRY OF CLERK'S DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a) Plaintiff, Jill Spring, requests the Clerk of Court enter a default as to Defendants Law Firm of Karl Frankovitch, LLC and Karl Frankovitch ("Defendants"). In support thereof, Plaintiff states as follows:

Plaintiff filed her complaint in this action on October 11, 2018 [ECF No 1]. Defendants were served on October 29, 2018 [ECF No. 8]. Defendants have failed to appear, answer, or otherwise plead to the complaint within the time required by law. Plaintiff is therefore entitled to an entry of default pursuant to Fed. R. Civ. P. 55(a).

**WHEREFORE,** Plaintiff, Wayne F. Edson, hereby requests the Clerk enter a default against Defendants Law Firm of Karl Frankovitch, LLC and Karl Frankovitch.

Respectfully submitted,

s/ *Scott D. Owens*
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235

Hollywood, FL 33019  
Tel: 954-589-0588  
Fax: 954-337-0666  
scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail or in some other authorized manner on those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

```
KARL FRANKOVITCH
450 MOHAWK STREET
LEWISTON, NY 14092
```

By: s/ <i>Scott D. Owens</i>  
Scott D. Owens, Esq.